THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH BOLLINGER and BRYAN BUBNICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESIDENTIAL CAPITAL, LLC and ALLY FINANCIAL, INC.,<br><br>Defendants. | CASE NO. C10-1123 (RSM)<br><br>DECLARATION OF ROBERT L. SCHUG IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND JUDICIAL NOTICE<br><br>NOTE ON MOTIONS CALENDAR: Friday, November 26, 2010 |

I, Robert L. Schug, hereby declare as follows:

    1.    I am an attorney at the law firm of Nichols Kaster, LLP. I am one of the attorneys for the Plaintiffs in the above-captioned action.

    2.    I make this declaration in support of Plaintiffs' Motion for Conditional Class Certification and Judicial Notice.

    3.    Plaintiffs served their first set of interrogatories and document requests to Defendants in this matter on October 20, 2010. Defendants served their first set of interrogatories and document requests to Named Plaintiffs Deborah Bollinger and Bryan Bubnick on October 29, 2010.

    4.    Attached hereto are true and correct copies of the following:

    **Exhibit A:**    Plaintiffs' proposed Judicial Notice and Consent Form

DECLARATION OF ROBERT L. SCHUG - 1
CASE NO. 2:10-CV-01123 RSM

NICHOLS KASTER LLP
One Embarcadero Center, Suite 720
San Francisco, California 94111
TEL. 415.277.7235 • FAX 415.277.7238

| | | |
|---|---|---|
| 1 | **Exhibit B:** | Excerpts from Ally Financial's 2010 Form 10-K Annual Report. Obtained from Ally Financial's website, and printed on November 4, 2010 (http://www.ally.com/about/investor/sec-filings/index.html?form=10-K) |
| 2 | | |
| 3 | **Exhibit C:** | Excerpt from Ally Financial's website entitled, "Our History." Printed on November 4, 2010 (http://www.ally.com/about/company-structure/history/index.html) |
| 4 | | |
| 5 | **Exhibit D:** | Declarations of Plaintiffs in Support of Plaintiffs' Motion for Conditional Class Certification and Judicial Notice |
| 6 | | |

          Deborah Bollinger
          Bryan Bubnick
          Melissa Coleman
          William Mockbee
          Viet Pho
          Heather Pruitt
          Steve Schatz
          Sean Wallace

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of November, 2010.

                                                                        NICHOLS KASTER, LLP

                                                                        By: /s/ Robert L. Schug, *Admitted Pro Hac Vice*
                                                                              One Embarcadero Center, Suite 720
                                                                              San Francisco, California  94111
                                                                              Telephone: (415) 277-7235
                                                                              Facsimile: (415) 277-7238

                                                                         *Attorneys for Plaintiff and Putative Class Members*

DECLARATION OF ROBERT L. SCHUG - 2
CASE NO. 2:10-CV-01123 RSM

NICHOLS KASTER LLP
One Embarcadero Center, Suite 720
San Francisco, California  94111
TEL. 415.277.7235 • FAX 415.277.7238

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**CERTIFICATE OF SERVICE**
Bollinger v. Residential Capital, LLC.
Court File No. 2:10-cv-01123-RSM

I hereby certify that on November 5, 2010, I caused the above Declaration of Robert L. Schug, and all accompanying exhibits, to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | | |
|---|---|---|
| Beth E. Terrell | bterrell@tmdlega.com<br>enordby@tmdlegal.com | bkinsey@tmdlegal.com<br>filing@tmdlegal.com |
| Paul J. Lukas | lukas@nka.com | |
| Robert L. Schug | rschug@nka.com | |
| Matthew C. Helland | helland@nka.com | assistants@nka.com |
| David R Golder | golderd@jacksonlewis.com<br>votert@jacksonlewis.com | curleyc@jacksonlewis.com |
| Paul DeCamp | decampp@jacksonlewis.com | |
| Peter H Nohle | nohlep@jacksonlewis.com<br>daviesj@jacksonlewis.com | baker-browns@jacksonlewis.com,<br>prestona@jacksonlewis.com |
| William J Anthony | anthonyw@jacksonlewis.com | |

DATED this 5th day of November, 2010.

NICHOLS KASTER LLP

By: s/Robert L. Schug
Robert L. Schug, CABA #249640
Email: rschug@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
P: 415.277.7235
F: 415.277.7238

CERTIFICATE OF SERVICE - 1
CASE NO. 2:10-CV-01123 RSM