Exhibit D

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH BOLLINGER and BRYAN BUBNICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESIDENTIAL CAPITAL, LLC and ALLY FINANCIAL, INC.,<br><br>Defendants. | NO. 2:10-cv-01123 RSM<br><br>DECLARATION OF DEBORAH BOLLINGER |

1.      My name is Deborah Bollinger, and I am a Plaintiff in the above-titled action. I am over the age of eighteen and competent to testify regarding the matters set for therein.

2.      I was employed by Defendants as a mortgage underwriter from approximately May of 2000 to July of 2008. I worked out of Defendants' Bellevue, Washington office, which operated under the name Homecomings Financial. Approximately 25 to 30 other underwriters worked at my office at any given time.

3.      As a mortgage underwriter, my primary job duty was to ensure that the loans that were approved by Defendants were approved pursuant to various policies, procedures, and guidelines. It was not my job to determine what types of loan products the company would

offer, and I was not involved in creating or changing the company's underwriting policies and guidelines.

4.       As a mortgage underwriter, I was evaluated on my productivity. For example, Defendants required that I complete 8 to 10 loans per day. If I did not meet this, I would receive a verbal or written warning. If I completed more than 8 to 10 loans per day in addition to meeting weekly production goals, I would be eligible for a bonus.

5.       As a mortgage underwriter, I was paid a salary. Although I regularly worked over 40 hours per week, I did not receive overtime pay because I was classified as "exempt."

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  10/20/10          _Deborah Bollinger_____
                          Deborah Bollinger

THE HONORABLE RICARDO S. MARTINEZ

1

2

3

4

5

6

7                UNITED STATES DISTRICT COURT
8           FOR THE WESTERN DISTRICT OF WASHINGTON

9  DEBORAH BOLLINGER and BRYAN
   BUBNICK, individually and on behalf of all        NO. 2:10-cv-01123 RSM
10 others similarly situated,
                                                      DECLARATION OF BRYAN
11              Plaintiffs,                            BUBNICK

12       v.

13 RESIDENTIAL CAPITAL, LLC and ALLY
   FINANCIAL, INC.,
14
                Defendants.
15

16

17       1.      My name is Bryan Bubnick, and I am a Plaintiff in the above-titled action.  I am

18 over the age of eighteen and competent to testify regarding the matters set for therein.

19       2.      I was employed by Defendants as a mortgage underwriter from approximately

20 November of 2005 to October of 2008.  I worked out of Defendants' Bellevue, Washington

21 office which operated under the name Homecomings Financial.  Approximately 5 to 6 other

22 underwriters worked on my team, at my office at any given time.

23       3.      As a mortgage underwriter, my primary job duty was to ensure that the loans

24 that were approved by Defendants were approved pursuant to various policies, procedures, and

25 guidelines.  It was not my job to determine what types of loan products the company would

26

27

offer, and I was not involved in creating or changing the company's underwriting policies and guidelines.

4.    As a mortgage underwriter, I was evaluated on my productivity. For example, Defendants required that I complete 7 loans per day.  If I did not meet this, I would receive a verbal or written warning.  If I completed 9 loans per day, I would be eligible for a bonus.

5.    As a mortgage underwriter, I was paid a salary. Although I regularly worked over 40 hours per week, I did not receive overtime pay because I was classified as "exempt."

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:

Bryan Babnick

-2-

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH BOLLINGER and BRYAN BUBNICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>RESIDENTIAL CAPITAL, LLC and ALLY FINANCIAL, INC.,<br><br>        Defendants. | NO. 2:10-cv-01123 RSM<br><br>DECLARATION OF MELISSA COLEMAN |

1.    My name is Melissa Coleman, and I am a Plaintiff in the above-titled action. I am over the age of eighteen and competent to testify regarding the matters set for therein.

2.    I was employed by Defendants as a mortgage underwriter from approximately July of 2007 to May of 2009. I worked out of Defendants' Phoenix, Arizona office, which operated under the name Ditech. Approximately 20 other underwriters worked at my office at any given time.

3.    As a mortgage underwriter, my primary job duty was to ensure that the loans that were approved by Defendants were approved pursuant to various policies, procedures, and guidelines. It was not my job to determine what types of loan products the company would

1  offer, and I was not involved in creating or changing the company's underwriting policies and
2  guidelines.

3      4.    As a mortgage underwriter, I was evaluated on my productivity. For example,
4  Defendants required that I complete a specific number of loans per day. If I did not meet this, I
5  would receive a verbal warning. If I completed more than the minimum amount of loans per
6  month, I would be eligible for a bonus.

7      5.    As a mortgage underwriter, I was paid a salary. Although I regularly worked
8  over 40 hours per week, I did not receive overtime pay because I was classified as "exempt."

9

10  Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and
11  correct.

12  Dated: 11/4/10

13  Melissa Coleman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-2-

1                                       THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8            FOR THE WESTERN DISTRICT OF WASHINGTON

9    DEBORAH BOLLINGER and BRYAN
BUBNICK, individually and on behalf of all       NO. 2:10-cv-01123 RSM

10   others similarly situated,
                                 DECLARATION OF WILLIAM

11              Plaintiffs,               MOCKBEE

12      v.

13   RESIDENTIAL CAPITAL, LLC and ALLY
FINANCIAL, INC.,

14             Defendants.

15

16

17     1.      My name is William Mockbee, and I am a Plaintiff in the above-titled action. I

18 am over the age of eighteen and competent to testify regarding the matters set for therein.

19     2.      I was employed by Defendants as a mortgage underwriter from approximately

20 October of 2006 to May of 2009. I worked out of Defendants' Phoenix, Arizona office, which

21 operated under the names Ditech and eventually ResCap.   Approximately 20 to 24 other

22 underwriters worked at my office at any given time.

23     3.      As a mortgage underwriter, my primary job duty was to ensure that the loans

24 that were approved by Defendants were approved pursuant to various policies, procedures, and

25 guidelines.  It was not my job to determine what types of loan products the company would

26

27

1  offer, and I was not involved in creating or changing the company's underwriting policies and
2  guidelines.

3      4.      As a mortgage underwriter, I was evaluated on my productivity. For example,
4  Defendants required that I complete a minimum of 5 loans per day.  If I did not meet this, I
5  believe that I would have been fired.  If I completed more than 5 loans per day, I would be
6  eligible for a bonus.

7  5.      As a mortgage underwriter, I was paid a salary. Although I regularly worked over 40
8  hours per week, I did not receive overtime pay because I was classified as "exempt."

9

10 Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and
11 correct.

12

13     Dated: 11/3/2010          _William J. Mockbee_
                                  William Mockbee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH BOLLINGER and BRYAN BUBNICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RESIDENTIAL CAPITAL, LLC and ALLY FINANCIAL, INC.,<br><br>Defendants. | NO. 2:10-cv-01123 RSM<br><br>DECLARATION OF VIET PHO |

1.     My name is Viet Pho, and I am a Plaintiff in the above-titled action. I am over the age of eighteen and competent to testify regarding the matters set for therein.

2.     I was employed by Defendants as a mortgage underwriter from approximately October of 2002 to February of 2007 and again from July of 2007 to April of 2007. I worked out of Defendants' Costa Mesa, California and Phoenix, Arizona offices, which operated under the name Ditech. Approximately 15 to 23 other underwriters worked at my office at any given time.

3.     As a mortgage underwriter, my primary job duty was to ensure that the loans that were approved by Defendants were approved pursuant to various policies, procedures, and guidelines. It was not my job to determine what types of loan products the company would

1  offer, and I was not involved in creating or changing the company's underwriting policies and
2  guidelines.

3      4.      As a mortgage underwriter, I was evaluated on my productivity. For example,
4  Defendants required that I complete 91 loans per month and a minimum of 5 conventional
5  loans per day.  If I did not meet this, I would receive a verbal and/or written warning.  If I
6  completed more than 91 loans per month, I would be eligible for a bonus.

7  5.      As a mortgage underwriter, I was paid a salary. Although I regularly worked over 40
8  hours per week, I did not receive overtime pay because I was classified as "exempt".

9

10  Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and
11  correct.

12

13      Dated:  10/25/10          _____
                                      Viet Pho

14

-2-

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DEBORAH BOLLINGER and BRYAN
BUBNICK, individually and on behalf of all
others similarly situated,

               Plaintiffs,

     v.

RESIDENTIAL CAPITAL, LLC and ALLY
FINANCIAL, INC.,

             Defendants.

NO. 2:10-cv-01123 RSM

DECLARATION OF HEATHER
PRUITT

1.     My name is Heather Pruitt, and I am a Plaintiff in the above-titled action. I am over the age of eighteen and competent to testify regarding the matters set for therein.

2.     I was employed by Defendants as a mortgage underwriter from approximately May of 2005 to October of 2008. I worked out of Defendants' Bellevue, Washington office, which operated under the name Homecomings Financial. Approximately 20 other underwriters worked at my office at any given time.

3.     As a mortgage underwriter, my primary job duty was to ensure that the loans that were approved by Defendants were approved pursuant to various policies, procedures, and guidelines. It was not my job to determine what types of loan products the company would

offer, and I was not involved in creating or changing the company's underwriting policies and guidelines.

4.       As a mortgage underwriter, I was evaluated on my productivity. For example, Defendants required that I complete at least 10 loans per day.  If I did not meet this, my name would be included on an email that was sent out identifying the underwriters that failed to meet production requirements.  If I averaged more than 10 loans per day on a weekly basis, I would be eligible for a bonus.

5.       As a mortgage underwriter, I was paid a salary. Although I regularly worked over 40 hours per week, I did not receive overtime pay because I was classified as "exempt."

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:                                                                                          
                                      Heather Pruitt

1

THE HONORABLE RICARDO S. MARTINEZ

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

FOR THE WESTERN DISTRICT OF WASHINGTON

9

DEBORAH BOLLINGER and BRYAN
BUBNICK, individually and on behalf of all

10

others similarly situated,

NO. 2:10-cv-01123 RSM

DECLARATION OF STEVE SCHATZ

11

Plaintiffs,

12

v.

13

RESIDENTIAL CAPITAL, LLC and ALLY
FINANCIAL, INC.,

14

Defendants.

15

16

17      1.      My name is Steve Schatz, and I am a Plaintiff in the above-titled action. I am

18   over the age of eighteen and competent to testify regarding the matters set for therein.

19      2.      I was employed by Defendants as a mortgage underwriter from approximately

20   August of 2007 to October of 2008. I worked out of Defendants' Bellevue, Washington office,

21   which operated under the name Homecomings Financial.  Approximately 20 to 30 other

22   underwriters worked at my office at any given time.

23      3.      As a mortgage underwriter, my primary job duty was to ensure that the loans

24   that were approved by Defendants were approved pursuant to various policies, procedures, and

25   guidelines. It was not my job to determine what types of loan products the company would

26

27

offer, and I was not involved in creating or changing the company's underwriting policies and guidelines.

4.    As a mortgage underwriter, I was evaluated on my productivity. For example, Defendants required that I complete a minimum of 6 loans per day.  If I did not meet this, I'd have a meeting with my manager to develop an action plan in order to meet my goals.  If I averaged more than 6 loans per day on a weekly basis, I would be eligible for a bonus.

5.    As a mortgage underwriter, I was paid a salary. Although I regularly worked over 40 hours per week, I did not receive overtime pay because I was classified as "exempt".

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  10/20/2010

Steve Schatz

THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH BOLLINGER and BRYAN BUBNICK, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>RESIDENTIAL CAPITAL, LLC and ALLY FINANCIAL, INC.,<br><br>             Defendants. | NO. 2:10-cv-01123 RSM<br><br>DECLARATION OF SEAN WALLACE |

    1.    My name is Sean Wallace, and I am a Plaintiff in the above-titled action.  I am over the age of eighteen and competent to testify regarding the matters set for therein.

    2.    I was employed by Defendants as a mortgage underwriter from approximately March of 2008 to June of 2009.  I worked out of Defendants' Phoenix, Arizona office, which operated under the name GMAC.  Approximately 20 to 30 other underwriters worked at my office at any given time.

    3.    As a mortgage underwriter, my primary job duty was to ensure that the loans that were approved by Defendants were approved pursuant to various policies, procedures, and guidelines.  It was not my job to determine what types of loan products the company would

1  offer, and I was not involved in creating or changing the company's underwriting policies and

2  guidelines.

3      4.    As a mortgage underwriter, I was evaluated on my productivity. For example,

4  Defendants required that I complete 8 to 12 loans per day.  If I did not meet this requirement, I

5  would be asked to work extra hours.  If I averaged more than 8 to12 loans per day on a weekly

6  basis, I would be eligible for a bonus.

7  5.    As a mortgage underwriter, I was paid a salary. Although I regularly worked over 40

8  hours per week, I did not receive overtime pay because I was classified as "exempt."

9

10  Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and

11  correct.

12

13      Dated:               _Sean M. Wallace_   10/29/10
                         Sean Wallace