# EXHIBIT B
# TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Exhibit B is designated "Confidential" and has been filed under seal as Exhibit 2 to the Declaration of Robert L. Schug in Support of Plaintiffs' Motion to File "Confidential" Documents in Support of their Motion for Partial Summary Judgment Under Seal or in Open Court