# EXHIBIT O
# TO PLAINTIFFS' MOTION FOR
# PARTIAL SUMMARY JUDGMENT

00001

1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF WASHINGTON

3 ----------------------------------X

4  DEBORAH BOLLINGER and BRYAN       :

5  BUBNICK, individually and on behalf:

6  of all others similarly       :

7  situated,               :

8          Plaintiffs,    :

9      v.          :  Case No.:

10  RESIDENTIAL CAPITAL, LLC and   :   C10-1123 (RSM)

11  ALLY FINANCIAL, INC.,         :

12          Defendants.   :

13 ----------------------------------X

14

15       Deposition of RESIDENTIAL CAPITAL, LLC

16       by and through its corporate designee

17            EDWARD MUSCOVITCH

18         Fort Washington, Pennsylvania

19         Thursday, November 10, 2011

20            12:36 a.m.

21

22  Job No.: 22-207404

23  Pages 1 - 95

24  Reported by: Darlene S. Traficante, RPR, CSR, CMRS

25

00015

1  BY MR. SCHUG:

2     Q   So just describe for me generally what the

3  job duties of a mortgage underwriter are.

4     A   In general terms?

5     Q   Yes.

6     A   In general terms, the underwriter is

7  responsible to confirm that the mortgage application

8  that we have meets our own company guidelines as well

9  as the secondary market guidelines.

10    Q   Okay.

11        And we'll get into those guidelines a little

12  bit later.

13        I talked to a previous witness about

14  different areas that underwriters work in within their

15  business unit, which I believe was the business

16  lending unit.  And she identified underwriters that

17  worked in correspondent lending, underwriters that

18  worked in wholesale lending and underwriters that

19  worked in retail lending.

20        Does that cover the different areas that

21  underwriters would work within that unit?

22    A   It does, and from 2007 through 2010.  I was

23  responsible for the business lending underwriters.

24    Q   Okay.

25        And that includes correspondent, wholesale

Muscovitch, Edward 11/10/2011          Page 15

00019

1   Q   Okay.

2   A   So our team receives the loan at that point

3  from the correspondent client. We have a workflow

4  system that the loan gets entered into. That workflow

5  system has changed over time. But the part of the

6  workflow system will determine the oldest loan in the

7  pipeline for the next person to work on. They'll

8  retrieve that loan from the pipeline workflow tool

9  that we have.

10       And they'll start to review the loan to

11  confirm that the loan meets our program guidelines.

12  And they'll use a number of different resources to

13  make that determination.

14       They'll look at various aspects of the file

15  between credit history, between income and the

16  documentation used to support it, between assets and

17  the documentation used to support it. The overall

18  valuation from the actual appraisal is reviewed and

19  how that value was obtained. And they'll review

20  system edits that are also in place to review the

21  overall loan program parameters.

22   Q   Okay.

23   A   They'll make their decision. If there is

24  information missing from the file they'll request that

25  information. If they determine a loan does not meet

Muscovitch, Edward 11/10/2011          Page 19

00020

1 guidelines they'll turn that loan request down.

2       After all missing documentation would be

3 obtained and signed off by the actual underwriter, the

4 loan would be, quote, clear to close, and then our,

5 our actual correspondent client will close that loan.

6 Use their own warehouse funds to fund that loan, and

7 then submit the loan back to GMAC for purchase.

8    Q  Okay.

9       And as far as that general process, what are

10 the differences between what you just described to me

11 and how it would work in the wholesale or retail

12 context?

13    A  In the retail context, instead of that, that

14 actual correspondent client taking the application,

15 one of our own LOs, or -- one of our loan agents will

16 take the application, so that person works for, for

17 our firm. And we have our own processing unit. And

18 the processing unit will process the file. They'll

19 obtain all the documents from the bar. The

20 underwriting piece will be the same as how the loan,

21 how the loan application is taken, how it's processed,

22 but then once it's sent into our team the same things

23 apply from an underwriting standpoint.

24    Q  Okay.

25       And then from an underwriting standpoint is

00021

1  it the same then for retail? Or was that retail?

2      A   That was retail.

3      Q   Okay, for wholesale?

4      A   Wholesale, the underwriting, the art of the

5  underwrite would be the same.

6      Q   Okay.

7      A   Using the, the same process steps and

8  requirements.

9      Q   Okay.

10       In the retail context once the underwriting

11 piece is done, how is that different from what you

12 described in correspondent?

13     A   Once the loan would be clear to close, our

14 closing department then prepares the closing papers

15 and schedules that loan for closing. Our own funds,

16 of course, would be used to fund that transaction. So

17 there is no using like a warehouse line. And there

18 is, there is no submitting the file back to us for

19 purchase, it's using GMAC funds from the retail

20 perspective.

21     Q   Okay.

22       And then from the wholesale perspective,

23 once the loan is cleared to close, what's the

24 difference there?

25     A   I can't speak to the actual processes as to

00031

1    Q   Okay.

2        Can you give me, I just want to make sure

3    that I understand what the exceptions refer to.

4        Can you give me a few more examples of what

5    a typical exception situation might be?

6    A   Fannie Mae purchases loans with a mortgage

7    balance of a maximum in 2009 of $417,000. If we had a

8    request for a $420,000 loan we could not do that loan.

9    We're not able to sell that loan to Fannie Mae. They

10   only purchase loans up to 417. So if we wanted to do

11   that loan, and we had a $420,000 loan amount, that

12   would be a case where we would need to have at that

13   point an actual exception. And they're not able, from

14   the underwriters' standpoint, able to do that.

15   Q   Okay.

16       You mentioned the exception desk. What is

17   that?

18   A   Excuse me?

19   Q   What's the exception, you mentioned the

20   exception desk?

21   A   Credit policy from an overall mortgage firm

22   perspective, it's a department within the mortgage

23   risk area. They maintain the overall ability to

24   approve exceptions that are not conforming to what we

25   had published from a loan, from an overall loan

Muscovitch, Edward 11/10/2011                Page 31

00032

1  program standpoint.

2      And when I talk about exceptions in loan

3  programs, I'm talking about the general loan, loan

4  requirements, like maximum loan amount, maximum loan

5  to value. Those are the, that's the exception ability

6  that would be limited.

7   Q  Okay.

8      Are there underwriters that work in the, at

9  the exception desk?

10  A  No, there are not.

11  Q  Okay.

12     Who is the employee that decides whether, at

13  the exception desk, whether an exception can be made?

14  A  From the standpoint for this matrix, I was

15  delegated certain exceptions that I am able to make.

16  There is an overall range of exceptions that I can do.

17  And then there is exceptions that do need to go to the

18  credit policy team. And in overall consultation with

19  the bank risk area, they'll determine if those

20  exceptions can be made.

21  Q  Okay.

22  A  On this chart that would be level VII.

23  Q  Okay.

24     And is level VII, credit risk management,

25  managing director, is that even considered an

00043

1  proceedings.)

2  BY MR. SCHUG:

3     Q    Okay.

4          Before we took a break we were talking a

5  little bit about the guidelines that underwriters use

6  to underwrite a loan.

7          And I kind of want to go at it in a

8  different way.  I'm not going to mark this as an

9  exhibit but I'll just identify it for the record.

10 It's a job description that's Bates labeled DB-508.

11 And I just want you look on that where it says

12 purpose, and it says, at the direction of the branch

13 underwriterring supervisor/manager performs loan file

14 review and underwriterring to determine compliance

15 with company guidelines, underwriting philosophy,

16 policy and procedures; do you see that?

17    A    Yes, I do.

18    Q    Okay.

19         Is there a difference between guidelines,

20 philosophy, policy and procedures?

21    A    Yes.

22    Q    Okay.

23         Let's just start broadly with what is a

24 guideline?

25    A    The guidelines would be referenced in our

Muscovitch, Edward 11/10/2011                    Page 43

00044

1  client guide. There are some guidelines that are also

2  included on that product summary that you had

3  referenced, Exhibit 23.

4     Q   Okay.

5         And between the client guide and the product

6  summary, or other than the client guide and the

7  product summary, what else would be considered a

8  guideline?

9     A   The requirements as listed on the AUS

10 feedback report, the Desktop Underwriter report or on

11 Prospector, that report will have additional, may have

12 additional requirements on it.

13    Q   Okay.

14        And what is underwriting philosophy?

15    A   The overall philosophy is, is really the

16 overall client guide. But how we determine income,

17 how we determine assets. How we look at the valuation

18 from the overall appraisal standpoint. So it's the

19 how.

20    Q   So the guideline is the what, the philosophy

21 is the how?

22    A   Um-hum, is the how.

23    Q   And where is underwriting philosophy

24 contained?

25    A   The philosophy is generally contained in the

**Muscovitch, Edward 11/10/2011**          **Page 44**

00049

1　Q　Okay.

2　　　What is credit policy? Just generally?

3　A　Credit policy is a department from the

4　overall risk -- well, from the risk department at the

5　mortgage firm. They're responsible for updating these

6　client guides. And they would be responsible for

7　communication with the agency, with Fannie Mae, with

8　Freddie Mac or with any other investor.

9　Q　Who is the head of credit policy?

10　A　Today?

11　Q　Yes.

12　A　Katherine Eckerd.

13　Q　And who is the head of it between 2007 and

14　2010?

15　A　It changed during that time, there would be

16　someone different between that timeframe.

17　Q　Okay.

18　　　And what are credit overlays?

19　A　Credit overlays are additional restrictions

20　that the company has placed on agency paper. Fannie

21　Mae will allow a loan with a FICO score of down to

22　620. And overlay would be if we said, look, we need

23　at least a 640 FICO. Or if Freddie Mac allowed

24　transactions with income that could be documented by

25　just a verification of employment, we chose to say, we

00050

1  need at least a W-2 and a pay stub.

2        Additional requirements over what the

3  standard agency would require.  And when I say agency

4  I mean Fannie Mae and Freddie Mac.

5   Q  Who in the company is charged with creating

6  and updating the product summaries?

7   A  Its that same credit policy group.  But

8  they're in communication with the capital markets

9  group too much the products are.

10    A  The parameters that we're able to sell to an

11 investor or to an agency.

12   Q  And the under writers aren't involved in

13 that is correct is that correct.

14    A  They are not involved in that.

15   Q  Okay.

16       And we may have gone over this before, but

17 now that I've got a good list I just wants to go

18 through them.

19       Where are the product summaries available

20 for the underwriters to look at?

21   A  Today?

22   Q  Between 2007 and 2010.

23   A  At one point there was a hard copy.  I will

24 have to double check -- there was a time frame when we

25 just had hard copies.  It has been moved to the

00051

1 intranet or the share site. So today, I mean, all the

2 product summaries are available on line?

3    Q  Okay.

4       That seems logical to me, its hard to

5 imagine people using big binders nowadays like they

6 used to.

7       And if you can't remember between 2007 and

8 2010 with regard to that, its okay, just to say either

9 in paper or on the intranet, that would be fine with

10 me.

11    A  Yeah.

12    Q  Just so you know.

13       And then let's talk about the client guide.

14       Who in the company is charged with creating

15 and modifying the client guide?

16    A  Credit policy.

17    Q  And again, the underwriters don't do that.

18    A  No.

19    Q  Okay.

20       And we talked about this will already, but I

21 just wanted to confirm, between 2007 and 2010

22 underwriters could access the client guide either in

23 paper or on the intranet depending on the time period?

24    A  That is correct.

25    Q  All right.

00052

1     And then with regard to underwriting

2 policies and procedures, who within the company is

3 charged with creating and modifying those?

4    A  For the correspondent channel I would be at

5 that point in time. The other leaders from within

6 those other two channels would be responsible for the

7 policies and procedures from an underwriting

8 standpoint.

9    Q  And by you, you're referring to yourself

10 as --

11    A  Level 6.

12    Q  Arrests the level 6 credit channel officer.

13    A  Yes.

14    Q  And how about credit, or overlays, who

15 within company is charged with creating and modifying

16 those?

17    A  Credit policy is charged with updating the

18 overlays. The amount of over lays are what well look

19 to place -- overlays would go to the mortgage credit

20 operations review committee. Credit policy recommends

21 overlays, the overlays would be approved by that

22 mortgage credit operations review committee. There is

23 a name for it?

24    Q  Something close to that.

25    A  Yeah.

**Muscovitch, Edward 11/10/2011**       **Page 52**

00053

1    Q   And again, the underwriters aren't involved

2  in creating or modifying the over lays; is that right?

3    A   They are not.

4    Q   Let's go in to a little bit more about the

5  computer systems and programs that the underwriters

6  use.

7        You mentioned A U S systems. And that,

8  that's refers to automated underwriting; is that

9  correct?

10    A   Automated underwriting system.

11    Q   Okay.

12        And just generally what is an automated

13  underwriting system used for?

14    A   Its to provide a recommendation of

15  documentation requirements and the over all

16  recommendation that the loan may be eligible for sale

17  to either Fannie Mae or to Freddie Mac.

18    Q   And it's my understanding that Fannie Mae

19  and Freddie Mac both have their own systems, correct?

20    A   Correct, Fannie Mae has desktop underwriter

21  and Freddie Mac has loan prospector specter.

22    Q   And so in the instance of a Fannie Mae loan,

23  an underwriter would always be using did you.

24    A   I would not say always be using did you.

25  Fannie Mae recommends that you use their desktop

00054

1 underwriter this, don't require it.

2    Q    But its generally used for Fannie Mae loans.

3    A    Its generally used for Fannie Mae loans, we

4 may also sell Freddie Mac a loan with a desktop

5 underwriter feedback report in it.

6    Q    Okay.

7        Other than desktop okay top under write and

8 loan prospector specter, what other types of

9 underwriting systems do the underwriters use?

10    A    For our jumbo product line we had an

11 underwriting system called engagement genius, E NG E N

12 IOU S. It was custom desktop underwriter. We used

13 the desktop underwriter engine and placed jumbo

14 guidelines on top of it.

15    Q    And what's a jumbo loan again?

16    A    Excuse me, it was non conforming.

17    Q    Oh, it was non conforming.

18    A    It was non conforming. Jumbo and non

19 conforming we use at the same time. Its

20 interchangeable term for us.

21    Q    Any other automated underwriting systems?

22    A    And for FHA product they have a system that

23 is referred to as total score card.

24    Q    And explain to me exactly how the

25 underwriter uses an automated underwriting system

00055

1   within the underwriting process?

2       A   The loan data would be submitted to one of

3   these automated underwriting systems.  And a report is

4   generated from that system that will outline the

5   recommendations to document that loan.  How to

6   document income, how assets should be documented.

7   What kind of appraisal will be necessary.  And will

8   provide a purchase recommendation from the agency,

9   whether or not its Fannie Mae or whether or not its

10  Freddie Mac.  So the underwriters use the

11  recommendation feedback messages in regards to

12  documentation as to how to, how -- how the minimum

13  documentation standards will be met?

14   Q   Okay.

15       And give me an example of some of those

16  recommendations, what they could be?

17   A   For documenting income, it may come back and

18  say, well, you need at least two years tax returns.

19  Or you need at least two years W-2s, or one month pay

20  stub.  Some transactions may just come back with one

21  year worth of tax returns.  Or some, some files may

22  have just came back with, you need a pay stub to

23  documents income.  Same for assets.  You need two

24  months bank statements or maybe you just need one

25  months bank statement.  So it sets the standards for

Muscovitch, Edward 11/10/2011          Page 55

00061

1     The correspondent channel also out sourced a

2  number of loans. That's why the numbers are lower.

3     Q     When you said production underwriters, what

4  do you mean by that?

5     A     The over all underwriting department has

6  more people than 30, but we have team managers, we

7  have a project, a project person that helps with

8  systems and with updates. We have an admin. We have

9  people who deal with the phone. So there is a total

10  number of F T Es, but then there is a total number

11  that, who will work on loans?

12    Q     Okay.

13    A     That's what we mean by production

14  underwriters, they're the ones reviewing the loans.

15    Q     Okay, got you.

16    Let's talk a little bit about the training

17  that was provided to underwriters between this

18  2007/2010 time period.

19    What sorts of training was given to

20  underwriters at the start of their employment on how

21  to perform their job duties?

22    A     There was an over all training conducted to

23  bring them on board. So the HR area would also have a

24  training that would talk about work days, they would

25  talk about the office, it would talk about benefits

Muscovitch, Edward 11/10/2011                    Page 61

00066

1    A    Yes, the goals look very similar to what.

2    Underwriters goals to be.

3    Q    Well, I want to ask you a couple of

4    questions about the first few goals here.

5        Goal number 1 was manage loan quality,

6    achieve annual QC rating of point 99 or better.

7        And you're talking a little bit about QC

8    rating before but explaining to me exactly what that

9    is.

10   A    The QC rating yeah, say for sure exactly

11   what their annual QC rating included, but in general a

12   quality control rating is if our quality control

13   department reviewed ten files, that that underwriter

14   reviewed, how many of those files had an error in it?

15   Q    Okay.

16   A    And that's what the finding, generally we

17   would measure by finding rate.

18   Q    And what would be considered an error?

19   A    A situation where the file wasn't documented

20   according to the agency guidelines, where that error

21   could cause that loan to be repurchased where we would

22   have to repurchase that loan from the agency?

23   Q    And what are the consequences for the

24   underwriter for having a low QC score?

25   A    Action plans, and leading up to a

00067

1  termination if, if they continue to make those type of

2  errors that would require us to continually repurchase

3  loans that they under wrote.

4      Q   So -- and how often are the QC audits done

5  on the underwriters?

6      A   The post fopped quality at the control you

7  said its are done monthly. On the previous months

8  production. So we'd get the reported 60 days probably

9  after that, after that month end. For example, loans

10  that were purchased in the month of October would be

11  reviewed by the quality control department in

12  November, and would be reported back to me by the end

13  of December. So we're generally dealing with

14  information that is probably 60 days old.

15      So that is one, that is one component of QC.

16      Q   Okay.

17      And when you're talking -- well, what are

18  the other components of QC?

19      A   Well, for the QC rating we recently, well,

20  not recently, in end of 2008 we started our own, what

21  we're calling self testing program. Where I have a

22  separate team of individuals that all they do is

23  review work done by our teams in the previous day. So

24  we're able to get a good sample of loans of every

25  underwriter where as that post fund quality at the

Muscovitch, Edward 11/10/2011                    Page 67

00068

1  control group that does their own monthly, well,

2  that's done on a sample of the channel. Highly

3  unlikely that we're going to get loans reviewed by I

4  ever within of our underwriters. So we want to be

5  able to provide constant feedback to the team, the

6  self test team allows to us do that. So between the

7  quality control findings and the self test findings we

8  have a good sample for every underwriter to go back

9  with feedback on.

10   Q   And are there underwriters that work in the

11  QC department?

12   A   Well, we would -- for our self test team,

13  they were at once underwriters. I would expect that

14  our quality control unit employees people who were

15  previous underwriters.

16   Q   Okay.

17      But they're not production underwriters.

18   A   They are not no, gland the ones on your test

19  team also aren't production underwriters.

20   A   That is correct, they are not.

21   Q   Yeah, that was my point.

22      I just found it if you know any that you

23  would saying of course you would expect they would

24  have some experience in it. It was funny to me.

25   A   Some QC units do not employ that type of

00070

1  have an early payment default audit or a repurchase

2  audit if their went in to that.

3    Q   Okay, thanks.

4       I want to talk about the second business

5  goal now on Exhibit 26. And that is maintain average

6  daily underwriting productivity standards of an

7  average of nine loans o per day.

8       Is it true between 2007 and 2010

9  underwriters were required to review a certain number

10  of loans per day?

11    A   There is always a productivity benchmark.

12  The benchmark here I can't comment on.

13    Q   Okay.

14       So the benchmark may vary but that was

15  always one in place.

16    A   There was one in place.

17    Q   Okay.

18       And this is a situation where you're

19  expected to review a certain number of files per day

20  and if you don't you don't meet that goal; is that

21  correct?

22       MR. GOLDER: Objection.

23       THE WITNESS: Part of the, part of this

24  business goal was -- and just to read here further,

25  they had all different numbers in the comments

Muscovitch, Edward 11/10/2011          Page 70

00071

1 section, they had to increase their goal, but

2 certainly from a, from a review perspective the number

3 of loans that were done per day would be one of the

4 measurements used.

5 BY MR. SCHUG:

6    Q    And why is it important for the company that

7 there is an expectation of how many loans the under

8 writes review per day?

9    A    Well, from an over all business plan

10 perspective, we're expected to underwrite based upon

11 the over all business plan, X A. units per months. If

12 I've hired X amount of F T Es I need to be able toking

13 make sure we're getting through a certain number of

14 loans to maintain an over all service level. So the

15 number of F T Es is planned out, I mean, certainly

16 we're not going to increase the productivity just to

17 meet volume. But the expectation needs to be set with

18 an over all business plan for a certain number of

19 units and underwriters that you need to accomplish

20 that plan. Volume changes and we may need to add more

21 people, but there needs to be an expectation of how

22 many of the loans can get done by each person.

23    Q    Okay.

24         So is it is, it tied to how much, and I

25 suppose they're indirect.

00072

1       I'll rephrase it.

2       Is the productivity number tied to the

3   businesses goal of how much revenue they would like to

4   bring in?

5   A   No, the over all business goal for whatever,

6   for 20089 may have been we need to underwrite a

7   thousand loans per months.  Well, Ed, how many

8   underwriters do you need to underwrite a thousand

9   loans per month.  And there needs to be an

10  expectation, well, each underwriter should be able to

11  get through five loans per day.  So I need 20

12  underwriters to get a thousand loans done per month.

13  Q   Okay.

14  A   That's what the, that's what the

15  productivity measure was for.  You always need a

16  basis, this is how many loans we think an average

17  underwriter will get done.  Not everybody gets done

18  the same amount.

19  Q   Okay.

20      In the example you just gave, the thousand

21  loans per month, total, where -- how does.  Company

22  come one that number?

23  A   Through the over all business plan.  So each

24  of those channels will have loan agents, will have

25  sales managers, will have sales directors.  And they

00073

1  need to forecast out their plan as to how many units

2  they feel that they'll be getting from their coverage

3  air Y.

4          As we expand the over all operation more you

5  would have the expectation that there is more volume.

6  So from an over all business perspective that number

7  is set. And then its moved down to the operations

8  areas. Here's the number. Now, you need to plan your

9  staff around that number.

10  Q  Okay.

11         And then business goal number 3 its talking

12  about customer service and you referred to that

13  before. Tell me about what the customer service score

14  involves?

15  A  I can't say much about this plan about the

16  team service score of 90 percent, I'm not aware as to

17  how they would calculate their team service score.

18         But as far as customer service goes, there

19  is feedback we're getting from a sales director of

20  ours, or from a client, or from an internal customer

21  on, on those time of interactions that they said with

22  the under writer. As we mentioned before, there is a

23  number of phone calls and questions that come in to

24  the underwriter from an external standpoint, from a

25  client. Asking how you would look at a certain

**Muscovitch, Edward 11/10/2011**          **Page 73**

00075

1 validate that they have taken their classes and that

2 they passed their classes.

3   Q   Okay. You can set that one aside.

4   Q   I want to talk to you now about how the

5 underwriters were compensated between 2007 and 2010.

6      Well, just for the sake of clarity, are you

7 aware of any differences as far as the training that

8 we discussed earlier, or the performance evaluations

9 that we just discussed, are you aware of any changes

10 in those areas between 2006 and 2007?

11   A   The over all review forms, again, this is

12 notice a form that I've seen before, but its what we

13 have in the other channels would be similar to this.

14 Those have changed over the years. But the goals are

15 very much the same in those cases.

16   Q   Okay. Thanks.

17      So in the time period that we're discussing,

18 the underwriters received a salary is my

19 understanding; is that right?

20   A   That is correct.

21   Q   And they also received a production

22 commission or bonus; is that correct?

23   A   It wasn't a commission, it was a quarterly

24 incentive. That may differ based upon channel.

25   Q   Okay.

00076

1        And how would it differ between channel to

2   channel? Well, first of all, other than the bonus, or

3   the incentive, and the salary, was there any other

4   components to the underwriters pay?

5        A   In -- are we talking about 2007 to 2010.

6   The quarterly incentive was the primary incentive

7   package outside of salary.

8        Depending upon volume, there were some heavy

9   volume swings in those years, and certain, at certain

10   times on certain weekends we had, we had extra work

11   weekends where there were times where we would just

12   pay by the loan as well. That if you did ten loans or

13   five loans utility get X amount of dollars per loan.

14        That wasn't a standard, a standard program

15   across all channels. But all channels may have used

16   something similar to that. In really heavy volume

17   environment.

18        Q   Okay.

19        So can you just give me an example of how

20   that incentive program would work for an underwriter?

21        A   The production part of the plan, there was a

22   base, a base production line. And we, over time, had

23   a point equivalent per day. Where maybe one

24   conventional conforming loan, a new one was worth 1

25   point. But an FHA loan was worth 1 point 25. That's

00077

1 how it started. And then you had to get up to a

2 certain base points per date and you would average

3 that over a months. You had to maintain a minimum of

4 at least what the average was. And then the amount

5 that you were over that, that's where you started to

6 have the opportunity for that, for that, for that

7 incentive.

8      Now, over time it just didn't include new

9 loan submissions, we include resubmissions because a

10 lost work was happening on resubmissions. So we

11 introduced, welling, we know that more of your day is

12 going towards resubmissions, so we're adding points

13 for your resubmissions as well.

14   Q  Okay.

15      Let me, I want to show you something just to

16 see if this is what you're talking about snatched.

17     (ALLY 30(B)(6) Deposition Exhibit 27 was

18 marked for identification and attached to the

19 transcript.)

20 BY MR. SCHUG:

21   Q  I'm showing you what's been marked as

22 Exhibit 27. And this is a document thatth K A Bates

23 label is 785.

24     This looks like its from it, says entered

25 March 28th, 2006. But is the productivity

Muscovitch, Edward 11/10/2011     Page 77

00081

1 resubmissions that were done. And the final out come

2 of those, of those loan transactions.

3    Q    And what is --

4         MR. GOLDER: Sorry to interjected, has this

5 documents been produced?

6         MR. SCHUG: Yeah. It should have been. Jay

7 know you track that NKA I know that traction, that's

8 on stuff we produced to you, I don't know if that's

9 how you produced this documents.

10        MR. SCHUG: Yeah, this should have been

11 produced with Brian but in this case. If it's not --

12 I'll double check.

13        MR. GOLDER: Okay.

14 BY MR. SCHUG:

15    Q    All right.

16         And what are the productivity reports used

17 for?

18    A    Well, the productivity reports would be used

19 to determine the average points per day as I was

20 talking about before. So that's the source document

21 that we use to determine the number of loans or the

22 number of resubmissions that each underwriter did

23 during a certain time frame. Whether or not its one

24 day or its one week otherwise one month or its one

25 quarter. That production report is used to track

00082

1 production for that underwriter.

2    Q   Okay.

3        And are there, are you aware, are there

4 production reports within the retail channel as well?

5    A   There are. The reports will differ based

6 upon channel and based upon the information that the

7 system can obtain. Not all systems are. Same.

8    Q   Okay.

9        You can put that one aside.

10    Q   As far as the quality of the underwriters

11 work goes, what happens if the underwriter does their

12 job correctly, the loan is funded, and then the

13 borrower defaults?

14        MR. GOLDER: Objection.

15 BY MR. SCHUG:

16    Q   Do you understand my question?

17    A   I do not.

18    Q   Okay.

19        If a borrower defaults on their loan for

20 whatever reason, are there any consequences for the

21 underwriter that under wrote that loan?

22    A   It goes back to that early payment default

23 audit that I had talked about earlier. If the

24 borrower defaults within an early payment default time

25 frame, and that will, that time frame is different

00083

1 based upon the loan product, whether or not its

2 conforming, non conforming, FHA or VA. But the most

3 conservative time frame would be if the borrower goes

4 delinquent 90 days within first 12 month of the loan.

5 Those loans are pulled for review by our QC area. And

6 are reviewed. And if there was an under writing

7 error, if the underwriter did something incorrectly,

8 that would be one of those QC findings that we were

9 talking about.

10   Q   Okay.

11       And if there was a default and the

12 underwriter, it was found that they did everything

13 correctly, then what happens?

14   A   Nothing happens from the underwriting

15 perspective.

16   Q   Okay.

17       What happens from the businesses general

18 February speculative?

19   A   Well, every thousand that we have, I mean,

20 there is some expectation of default. So that comes

21 in to play with the pricing of that product. So

22 regardless of how we underwrite the loan, the loans

23 can still go down based on the other all expectation

24 of the product. If the default rate is higher than

25 they would expect, that causes lost revenue. If the

00084

1  loans don't perform like expectation, to expectation.

2      Q   Okay.

3          One more document I want to show you

4  here.(off.ecl) snvment.

5          (ALLY 30(B)(6) Deposition Exhibit 29 was

6  marked for identification and attached to the

7  transcript.)

8  BY MR. SCHUG:

9      Q   I'm showing you what's been marketed as

10  Exhibit 29.

11         This is a document Bates labeled D B 6201

12  through 6207.  Just generally do you recognize this

13  document?

14         MR. GOLDER:  Wait, what's it -- I don't know

15  if I have the same thing what the did you say it was.

16         MR. SCHUG:  6201 to of 207.  Oh, you have

17  the other one.

18         MR. GOLDER:  Yeah.

19         MR. SCHUG:  You should have the 2009 one is

20  what I'm hoping.

21         MR. GOLDER:  No, I have 2010, so does the

22  witness?

23         MR. SCHUG:  You have 2010?

24         THE WITNESS:  Um-hum.

25         MR. SCHUG:  All right.  Let's take a break

**Muscovitch, Edward 11/10/2011**                    **Page 84**